IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTOS CASTILLO,

        Plaintiff,

  v.

CHASE BANK, INC., et al.,

        Defendants.

        /

No. C 09-0458 SI

**RECUSAL ORDER**

    I hereby recuse myself in the above entitled matters and request that the cases be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: February 10, 2009

_____
SUSAN ILLSTON
United States District Judge