IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTOS CASTILLO,                              No    C-09-00458 VRW

    Plaintiff,                              ORDER

    v

CHASE BANK

    Defendant.
_____/

    Plaintiff Santos Castillo filed this action on February 2, 2009 alleging both state law claims and a federal claim for violation of the Fair Debt Collection Practices Act.  Doc #1.  On February 5, Chief Magistrate Judge Larson referred the case for reassignment to a district court judge with a recommendation to dismiss the state law claims for lack of subject matter jurisdiction and to dismiss the federal claim for failure to state a claim.  Doc #3.  Plaintiff filed a notice of mistake and an amended complaint on February 17, 2009.  Doc #7.

On March 31, 2009, defendant Chase Bank moved to dismiss the complaint or in the alternative for a more definite statement. Doc #10.  Pursuant to Civil L R 7-3(a), plaintiff had until May 7, 2009 to file a memorandum in opposition to defendant's motion. Plaintiff did not file a memorandum in opposition or a statement of nonopposition.

The hearing set for May 28 on defendant's motion is VACATED.  Plaintiff shall serve and file a memorandum in opposition to defendant's motion not later than June 11; failure to comply will be deemed grounds to dismiss the complaint.  No hearing or oral argument on the motion shall be conducted without further order of the court.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge

**2**